# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BOMBAR, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN E. WETZEL, *et al.*, )<br>)<br>)<br>Defendants. ) | Civil Action No. 17-1035<br>Senior Judge Nora Barry Fischer<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER OF COURT

AND NOW, this 25th day of February, 2020, after a Report and Recommendation was filed by Magistrate Judge Lisa Pupo Lenihan on February 3, 2020, (Docket No. [72]), recommending that the Motion to Dismiss filed by Defendants Patrick Braunlich, Robert D. Gilmore, and John E. Wetzel (Docket No. [66]) be granted with respect to Defendants Gilmore and Wetzel and denied with respect to Defendant Braunlich, the plaintiff was provided 14 days to file written objections thereto, making objections from Plaintiff, as an unregistered ECF party, due by February 20, 2020, and no objections having been lodged by said date, and upon independent review of the record, and upon consideration of Magistrate Judge Lenihan's Report and Recommendation, (Docket No. [72]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [66] is GRANTED, IN PART, and DENIED, IN PART. Said Motion [66] is granted with respect to Defendants Gilmore and Wetzel and denied with respect to Defendant Braunlich. IT IS FURTHER ORDERED that

all of Plaintiff's claims against Defendants Gilmore and Wetzel are DISMISSED WITH PREJUDICE.

                                                                                    *s/ Nora Barry Fischer*
                                                        Nora Barry Fischer, Senior U.S. District Judge

cc/ecf:   Magistrate Judge Lisa Pupo Lenihan

            All counsel of record

            Arthur Bomar
            DK-1677
            SCI Greene
            175 Progress Dive
            Waynesburg, PA 15370